[No. 3251. April 19, 1928.]

STATE OF NEW MEXICO v. CLEM SUTTON.

[266 Pac. 1118.]

O. O. Askren, of Santa Fe, for appellant.

R. C. Dow, Atty. Gen., and Frank H. Patton, Asst. Atty. Gen., for the State.

OPINION OF THE COURT

PARKER, C. J. We have carefully examined the record, and all of the objections and exceptions taken during the trial, and find no error therein. The judgment, therefore, should be affirmed, and the cause remanded to the district court, with directions to enforce the judgment; and it is so ordered.

BICKLEY and WATSON, JJ., concur.